IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-MJ-100

UNITED STATES )
)
vs. )
)
CHANCE K. WAYNE, )
)
Defendant. )
)

## ORDER

This matter having come before the Court pursuant to an unopposed motion by the United States to dismiss the criminal complaint, and the Court having found good cause to grant such motion, it is hereby

**ORDERED**, that the criminal complaint in this case be **DISMISSED**.

IT IS SO ORDERED this 20th day of July, 2017.

DAVID C. KEESLER
U.S. MAGISTRATE JUDGE

1